# United States District Courts

## WESTERN DISTRICT OF TEXAS

United States of America

**WARRANT FOR ARREST**

v.

(1) Neslihan Simsik

Case Number:
DR:24-M -03168(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____(1) Neslihan Simsik_____

<span style="text-align:center">Name</span>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description)

*On or about October 16, 2024, the defendant, Neslihan, SIMSIK, an alien who is a native and citizen of Turkey, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

*in violation of Title* ____**8**____  United States Code, Section(s) ____**1325(a)(1)**____

MATTHEW H. WATTERS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

October, 28, 2024 DEL RIO, Texas
Date and Location

Bail Fixed at $ ____DETAIN____  by  MATTHEW H. WATTERS
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>    October 28, 2024 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>    October 16, 2024 | KETTLE-MARCH, JAVAIR<br>Border Patrol Agent | /s/ KETTLE-MARCH, JAVAIR |